IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

CHRISTINA OVERBECK CRAWFORD )
and JEFFREY CRAWFORD, )
)
      Plaintiffs, ) TC-MD 150531N
)
   v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
      Defendant. ) **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered May 13, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter came before the court on its own motion to dismiss this case for lack of prosecution.

Plaintiffs appeal property, identified as Account R227116 (subject property), for the 2014-15 tax year. A case management conference was held in this matter on March 17, 2016. During that conference the parties discussed whether the court had jurisdiction to consider Plaintiffs' appeal of under ORS 305.288. On March 18, 2016, the court sent the parties a Journal Entry reminding Plaintiffs that they agreed to file an Amended Complaint identifying their alleged 2014-15 real market value for the subject property by April 15, 2016. The court issued a Journal Entry on April 25, 2016, noting that the court had not received Plaintiffs Amended Complaint, or any further communication from Plaintiffs, and requiring Plaintiffs to file their Amended Complaint within 14 days. That Journal Entry advised that failure to comply with the deadline set forth therein would result in dismissal of Plaintiffs' appeal.

Plaintiffs' deadline has passed and the court has not received Plaintiffs' Amended Complaint or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is dismissed.

Dated this ____ day of June 2016.

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on June 3, 2016.*